■ In the Matter of JOSE RIVERA et al., Respondents, v ALICE SACHS et al., Respondents, and AUGUSTIN ALAMO, Appellant. In the Matter of AUGUSTIN ALAMO et al., Appellants, v ALICE SACHS et al., Respondents. (And Another Consolidated Action.)—Judgment, Supreme Court, Bronx County (Carl J. Mugglin, J.), entered on August 17, 1987, unanimously affirmed, without costs and without disbursements. No opinion. Concur—Kassal, J. P., Rosenberger, Ellerin, Wallach and Smith, JJ.

■ In the Matter of GEORGE W. MILLER, Appellant, v ALICE SACHS et al., Respondents. GEORGE W. MILLER, Appellant, v RICHARD PERKINS et al., Respondents. CAROLLE SULMERS et al., Respondents, v GEORGE W. MILLER, Appellant, and BOARD OF ELECTIONS IN THE CITY OF NEW YORK, Respondent.—Judgment, Supreme Court, New York County (Michael Dontzin, J.), entered on August 17, 1987, unanimously affirmed, without costs and without disbursements. No opinion. Concur—Kassal, J. P., Rosenberger, Ellerin and Wallach, JJ.